# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **KARIMAH S. MOSS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**1:24-cv-01398-LMM-JKL** |

## STIPULATION TO DISMISS AS TO EXPERIAN ONLY

Plaintiff Karimah S. Moss and Defendant Experian Information Solutions, Inc., by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: August 26, 2024

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No. 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ N. Charles Campbell*
N. Charles Campbell
Ga. Bar No. 210929
charles.campbell@equifax.com
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066

ATTORNEY EQUIFAX INFORMATION SERVICES LLC

*/s/ Samuel David Lack*
Samuel David Lack
Georgia Bar No.: 749769
Troutman Pepper Hamilton Sanders LLP - ATL
Bank of America Plaza
600 Peachtree St., NE
Suite 3000
Atlanta, GA 30308-2216
404-885-2548
Email: samuel.lack@troutman.com

ATTORNEY FOR DEFENDANT

EXPERIAN INFORMATION SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, I filed a true and correct copy of the foregoing Stipulation to Dismiss with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland