**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **KARIMAH S. MOSS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**1:24-cv-01398-LMM-JKL** |

## NOTICE OF SETTLEMENT AS TO EQUIFAX ONLY

PLEASE TAKE NOTICE that Plaintiff Karimah S. Moss and Defendant Equifax Information Services, LLC have reached a settlement to resolve Plaintiff's claims.

Plaintiff and Defendant anticipate that they will execute and perform a final settlement agreement within sixty (60) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal. The parties request that all deadlines be set aside.

Dated: September 26, 2024

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I filed a true and correct copy

of the foregoing Notice of Settlement with the Electronic Case Filing system of the

court, which will send a Notice of Electronic Filing to, and thereby effect service

upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared

in Times New Roman (14 point) font and this satisfies the font size requirements

of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland